Fred Burren, appellant, v. Albert W. Koch, appellee. Gen. No. 9,278.

Opinion filed April 28, 1938.

Ranstead S. Lehmann, Geo. D. Carbary and Almore H. Teschke, for appellant. Frank A. Oakley and Welsh & Welsh, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Marr, Green and Company, appellee, v. Village of Grays Lake, appellant. Gen. No. 9,292.

Opinion filed April 28, 1938.

R. W. Churchill, for appellant. Daniel S. Wentworth, George P. Novak and Leon Weiss, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Martin Verna, administrator of estate of Peter Verna, deceased, appellee, v. Irene Moffat, executrix of estate of George Moffatt, deceased, appellant. Gen. No. 9,233.

Opinion filed May 10, 1938.

Burke & Schenk, for appellant. Pence B. Orr, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.